

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-07-00297-CV**

**IN THE MATTER OF THE ESTATE OF
JOHN A. TEINERT, DECEASED**

_____

**From the County Court at Law
Coryell County, Texas
Trial Court No. 5115**

## ORDER

In 2007, Laurance Kriegel, an alleged descendant of John A. Teinert, appealed from the trial court's refusal to appoint him as executor of Teinert's Estate though the will was probated and the estate administered nearly thirty years ago. We dismissed the appeal for want of jurisdiction in January of 2009. After a petition for review and motion for rehearing was denied by the Texas Supreme Court, we issued our mandate. However, within days of that issuance, Kriegel filed another petition for review with the Texas Supreme Court. We then withdrew our mandate. In early 2009, the Texas Supreme Court again denied Kriegel's petition for review. Due to an oversight on our

part, we did not reissue our mandate at that time. We discovered our oversight when preparing to destroy the file. On April 21, 2015, we issued our mandate.

Kriegel has now filed a motion for rehearing, requesting that we instruct the Coryell County Court to issue letters testamentary to Kriegel in the Estate of Teinert.

The Court lost jurisdiction to modify the trial court's judgment many years ago. *See* TEX. R. APP. P. 19.1(a); 19.3. Further, the only jurisdiction we now have would be in relation to whether the mandate correctly required enforcement of the Court's prior judgment. *See id*. 19.3(a). We have no jurisdiction to modify or amend that judgment as sought by Kriegel.

Accordingly, Kriegel's motion for rehearing is dismissed for want of jurisdiction.


PER CURIAM


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed May 14, 2015

